# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LEE HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WHITE, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01275 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SCREEN COMPLAINT<br><br>(Document 10) |

　　　　Plaintiff Anthony Shorter ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action August 14, 2013.

　　　　On February 21, 2014, the Court screened Plaintiff's complaint and dismissed it with leave to amend.

　　　　On February 27, 2014, Plaintiff submitted a request that the Court screen his complaint. The Court explained to Plaintiff in the First Informational Order that the Court will screen his complaint as expeditiously as possible, and that given the extremely large number of cases, delay is inevitable. In any event, his complaint has now been screened.

1 | Accordingly, Plaintiff's request is DENIED.

IT IS SO ORDERED.

Dated:   **March 3, 2014**                               /s/ *Dennis L. Beck*
                                                         UNITED STATES MAGISTRATE JUDGE

2