# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LEE HILL,<br><br>      Plaintiff,<br><br>  v.<br><br>WHITE, et al.,<br><br>      Defendants. | Case No. 1:13-cv-01275 AWI DLB PC<br><br>ORDER REGARDING PLAINTIFF'S REQUESTS FOR COPYING SERVICES<br><br>(Document 13) |

Plaintiff Tony Lee Hill ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action August 14, 2013. Plaintiff filed a First Amended Complaint on March 3, 2014.

Also on March 3, 2014, Plaintiff filed a document entitled, "Request for Copying Services." He states that he could not have a copy of the First Amended Complaint made prior to filing it and asks that the Court provide him with a copy. Plaintiff requests that if the Court wants him to pay for the copy, it provide Plaintiff with a cost.

Plaintiff is correct that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of <u>up to twenty pages</u> may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees.

To request a copy at this juncture, Plaintiff must submit a request in writing to the Clerk, a large self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk.  Plaintiff's First Amended Complaint, including exhibits, is 32 pages long.  Pages 1-11 are the actual First Amended Complaint, and pages 12-32 are exhibits.  If Plaintiff only wants the first 11 pages, he should submit a request, with the pages requested, as well as payment in the amount of $5.50, to the Clerk's Office.  Plaintiff may request additional pages at an additional cost, though he is reminded that he can obtain up to 20 pages.

IT IS SO ORDERED.

Dated:   **March 5, 2014**                           /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE