# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LEE HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WHITE, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01275 AWI DLB PC<br><br>ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS UNDER 28 U.S.C. § 1915(g)<br><br>ORDER VACATING ORDER OF AUGUST 19, 2013<br>(Document 4)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL WITHIN THIRTY DAYS OR THIS CASE WILL BE DISMISSED<br><br>ORDER FOR CLERK TO SERVE THIS ORDER ON CDCR AND FINANCIAL DEPARTMENT |

　　　　Plaintiff Tony Lee Hill ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on August 14, 2013. On August 19, 2013, the Court granted Plaintiff's application to proceed in forma pauperis.

　　　　Plaintiff filed a First Amended Complaint on March 3, 2014. The complaint is currently awaiting screening.

**A.**　　**THREE-STRIKES PROVISION OF 28 U.S.C. § 1915**

　　　　28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more

1

prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

**B.     DISCUSSION**

A review of the actions filed by Plaintiff reveals that he is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless he was, at the time the Complaint was filed, under imminent danger of serious physical injury.[1]

The Court has reviewed Plaintiff's Complaint and finds that he does not meet the imminent danger exception. See Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). Plaintiff's Complaint arises from alleged disciplinary violations in April 2013. After a disciplinary hearing, Plaintiff was assessed a loss of 90 days behavioral/work time credits. Plaintiff alleges that he was entrapped by Defendants and that he received an illegal disposition of a charge that had been dismissed. Plaintiff further alleges that Defendants acted contrary to their own regulations.

Plaintiff therefore fails to allege specific facts in the Complaint indicating that he was under imminent danger at the time he filed the Complaint. Based on the foregoing, the Court finds that Plaintiff fails to allege the imminent danger of serious physical injury necessary to bypass § 1915(g)'s restriction on filing suit without prepayment of the filing fee.

Accordingly, Plaintiff may not proceed in forma pauperis in this action, and must submit the appropriate filing fee in order to proceed with this action. Plaintiff's in forma pauperis status shall be revoked, and Plaintiff shall be required to pay the $400.00 filing fee in full within thirty days.[2]

**C.     CONCLUSION**

Based on the foregoing, it is HEREBY ORDERED that:

1.     Pursuant to 28 U.S.C. § 1915(g), Plaintiff's in forma pauperis status is REVOKED;

---

[1] The Court takes judicial notice of the following cases which count as strikes: 1) Hill v. Williams, et al., 2:98-cv-07173-LGB-CT (C.D. Cal.) (dismissed September 15, 1998 for failure to state a claim); 2) Hill v. Wallace, et al., 2:99-cv-06406-ABC-CT (C.D. Cal.) (dismissed July 7, 1999 for failure to state a claim; (3) Hill v. Torrance Police Dept., et al., 2:11-cv-08794-UA-CW (C.D. Cal.) (dismissed July 20, 2012 for failure to state a claim); and (4) Hill v. Horton, et al., 2:13-cv-00805-UA-CW (C.D. Cal.) (dismissed February 28, 2013 for failure to state a claim).

[2] To date, the Court has not received any payment for Plaintiff's filing fee in this case. The filing fee for this action is $350.00 plus a $50.00 administrative fee. 28 U.S.C. § 1914. The $50.00 administrative fee does not apply to persons granted in forma pauperis status. Id. Therefore, Plaintiff now owes a $400.00 filing fee.

2. The Court's order entered on August 19, 2013, which granted Plaintiff leave to proceed in forma pauperis and directed the CDCR to make payments for the filing fee from Plaintiff's prison trust account, is VACATED;

3. Plaintiff is required to pay the $400.00 filing fee for this action in full within thirty days of the date of service of this order;

4. Plaintiff's failure to pay the filing fee pursuant to this order shall result in the dismissal of this case; and

5. The Clerk is directed to serve a copy of this order on:

   (1) the Director of the CDCR, via the Court's electronic case filing system (CM/ECF), and

   (2) the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated:  March 17, 2014

SENIOR DISTRICT JUDGE

3