# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LEE HILL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WHITE, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01275 AWI DLB PC<br><br>**FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION**<br><br>**TWENTY ONE DAY OBJECTION DEADLINE** |

　　　　Plaintiff Tony Lee Hill ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on August 14, 2013. On August 19, 2013, the Court granted Plaintiff's application to proceed in forma pauperis.

　　　　Plaintiff filed a First Amended Complaint on March 3, 2014. The complaint is currently awaiting screening.

　　　　On March 17, 2014, the Court revoked Plaintiff's in forma pauperis status based on a finding that Plaintiff had three strikes under 28 U.S.C. 1915(g). The Court also found that Plaintiff failed to allege imminent danger of serious physical injury necessary to bypass § 1915(g)'s restriction on filing suit without prepayment of the filing fee. Plaintiff was ordered to pay the $400.00 filing fee for this action in full within thirty days of the date of service of the order.

More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. Plaintiff was warned that dismissal would occur if he failed to obey the order.

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Based on Plaintiff's failure to comply with the Court's order to pay the filing fee, dismissal of this action is appropriate. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

## **RECOMMENDATION**

Accordingly, the Court HEREBY RECOMMENDS DISMISSAL of this action, without prejudice, based on Plaintiff's failure to pay the filing fee.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty (21) days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **May 9, 2014**                          /s/ *Dennis L. Beck*
                                                                   UNITED STATES MAGISTRATE JUDGE